UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NILUFER ADAK, As Next Friend of MENDERES DEMIR )<br><br>Petitioner, )<br><br>v. )<br><br>KRISTI NOEM, Secretary of Homeland Security, PAMELA BONDI, Attorney General, and UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT FIELD OFFICE DIRECTOR, )<br><br>Respondents. ) | CIVIL ACTION<br>NO. 4:25-40060-MRG |

## ORDER OF DISMISSAL

**Guzman D.J.**

In accordance with the Court's Order dated May 14, 2025 dismissing this case [ECF 15], it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED with prejudice.

By the Court,

May 14, 2025   /s/Suzanne Frisch
Date   Deputy Clerk